ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Respondent*
**LAS VEGAS DEVELOPMENT, LLC**

**ROGER P. CROTEAU & ASSOCIATES, LTD.**
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator for the Federal National Mortgage Association and Federal Home Loan Mortgage Corporation, <br><br> Petitioner, <br><br> vs. <br><br> LAS VEGAS DEVELOPMENT, LLC, <br><br> Respondent. | ) ) ) ) ) ) Case No.  2:17-cv-00909-GMN-VCF ) ) ) ) ) ) ) ) ) |

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND**
**(First Request)**

COMES NOW Petitioner, FEDERAL HOUSING FINANCE AGENCY, and

Respondent, LAS VEGAS DEVELOPMENT, LLC, and hereby stipulate and agree as follows:

1.      On March 31, 2017, Petitioner filed the instant action, which seeks to enforce an

administrative subpoena served upon Respondent.

2.      Respondent's counsel has been required to devote time and attention to numerous

other pending legal matters since the filing and service of the instant action which

has detracted from the time available to prepare a response.

Page 1 of  3

3.      Respondent shall have an extension of time until May 31, 2017, in which to respond to the instant Petition.

4.      This Stipulation is made in good faith and not for purpose of delay.

Dated this _____24ᵗʰ_____ day of May, 2017.

ROGER P. CROTEAU &
  ASSOCIATES, LTD.                                          FENNEMORE CRAIG, P.C.


/s/ *Timothy E. Rhoda*                                    /s/ *Leslie Bryan Hart*
TIMOTHY E. RHODA, ESQ.                          LESLIE BRYAN HART, ESQ.
Nevada Bar No. 7878                                      Nevada Bar No. 4932
9120 West Post Road, Suite 100                     300 E. Second St., Suite 1510
Las Vegas, Nevada 89148                              Reno, Nevada  89501
(702) 254-7775                                              775-788-2228
croteaulaw@croteaulaw.com                         lhart@fclaw.com
*Attorney for Respondent*                              *Attorney for Petitioner*
*Las Vegas Development, LLC*                        *Federal Housing Finance Agency*


**IT IS SO ORDERED.**

By: _____
    Cam Ferenbach
    U.S. Magistrate Judge

Dated: _____5-25-2017_____

**ROGER P. CROTEAU & ASSOCIATES, LTD.**
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this _____24th_____ day of May, 2017, I served via the

United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION**

**AND ORDER TO EXTEND TIME TO RESPOND (First Request)** to the following parties:

Leslie Bryan Hart
Fennemore Craig, P.C.
300 E. Second St.
Suite 1510
Reno, NV 89501-
775-788-2228
775-788-2229 (fax)
lhart@fclaw.com
*Attorney for Petitioner*
*Federal Housing Finance Agency*

Michael A.F. Johnson
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
202-942-5783
202-942-5999 (fax)
michael.johnson@apks.com
*Attorney for Petitioner*
*Federal Housing Finance Agency*

John D. Tennert
Fennemore Craig, P.C.
300 E. Second St.
Suite 1510
Reno, NV 89501
775-788-2212
775-788-2213 (fax)
jtennert@fclaw.com
*Attorney for Petitioner*
*Federal Housing Finance Agency*

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU &
ASSOCIATES, LTD.