Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert III, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, NV 89501
Tel: (775) 788-2228
lhart@fclaw.com; jtennert@fclaw.com
*Counsel for Petitioner Federal Housing Finance Agency*

(*Pro Hac Vice* to be Submitted)
John A. Rackson, Esq.
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
Tel: (202) 942-5000  Fax: (202) 942-5999
john.rackson@apks.com
*Counsel for Petitioner Federal Housing Finance Agency*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator for the Federal National Mortgage Association and Federal Home Loan Mortgage Corporation,<br><br>Petitioner,<br><br>vs.<br><br>LAS VEGAS DEVELOPMENT, LLC,<br><br>Respondent. | CASE NO.: 2:17-cv-00909-GMN-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE TO RESPOND TO LAS VEGAS DEVELOPMENT, LLC'S OBJECTION TO PETITION AND MOTION TO QUASH** |

On March 31, 2017 the Federal Housing Finance Agency ("FHFA"), in its capacity as Conservator for the Federal National Mortgage Association ("Fannie Mae") and Federal Home Loan Mortgage Corporation ("Freddie Mac"), filed a Petition for an Order Enforcing Subpoena *Duces Tecum* Issued in Furtherance of its Conservatorships of Fannie Mae and Freddie Mac (ECF No. 1), seeking to enforce statutory subpoenas issued by FHFA and served on Defendant Las Vegas Development, LLC ("Las Vegas Development"). On May 31, 2017, Las Vegas Development filed an Objection to the Petition and Motion to Quash (ECF No. 14).

FHFA intends to file a single consolidated response addressing the arguments in both the Objection to the Petition and Motion to Quash. FHFA and Las Vegas Development, by and through their respective undersigned counsel of record, therefore stipulate that FHFA may file a consolidated response to Las Vegas Development's Objection to the Petition and Motion to Quash on June 14, 2017, the date on which a Response to the Motion to Quash would ordinarily be due.

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

12953287.1/038236.0001

| | |
|---|---|
| DATED: June 9, 2017 | |
| **FENNEMORE CRAIG, P.C.** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
| By: /s/ Leslie Bryan Hart<br>Leslie Bryan Hart, Esq. (SBN 4932)<br>John D. Tennert, Esq. (SBN 11728)<br>300 E. Second St., Suite 1510<br>Reno, Nevada 89501<br>Tel: 775-788-2228  Fax: 775-788-2229<br>lhart@fclaw.com; jtennert@fclaw.com<br>and | By: /s/ Timothy Rhoda<br>Roger P. Croteau, Esq. (SBN 4958)<br>Timothy Rhoda, Esq. (SBN 7878)<br>9120 West Post Road, Suite 100<br>Las Vegas, NV 89148<br>Tel: (702) 254-7775  Fax: (702) 228-7719<br>rcroteau@croteaulaw.com<br>tim@croteaulaw.com |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | *Attorneys for Defendant Las Vegas Development, LLC* |
| (*Pro Hac Vice* to be Submitted)<br>John A. Rackson, Esq. | |
| *Attorneys for Petitioner Federal Housing Financing Agency* | |

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 6-22-2017

12953287.1/038236.0001

2