# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>　　　　　　Plaintiffs,<br>vs.<br>LAS VEGAS DEVELOPMENT GROUP, LLC,<br>　　　　　　Defendant. | 2:17-cv-00908-JAD-VCF<br>**MINUTE ORDER** |
| FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>　　　　　　Plaintiffs,<br>vs.<br>LAS VEGAS DEVELOPMENT, LLC,<br>　　　　　　Defendant. | 2:17-cv-00909-GMN-VCF<br>**MINUTE ORDER** |
| FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>　　　　　　Plaintiffs,<br>vs.<br>LVDG, LLC,<br>　　　　　　Defendant. | 2:17-cv-00911-GMN-VCF<br>**MINUTE ORDER** |
| FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>　　　　　　Plaintiffs,<br>vs.<br>NEVADA NEW BUILDS, LLC,<br>　　　　　　Defendant. | 2:17-cv-00912-JAD-VCF<br>**MINUTE ORDER** |

1       IT IS HEREBY ORDERED that a hearing on all pending motions, is scheduled for 10:00 AM, August 16, 2017, Courtroom 3D.

Dated this 31st day of July, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE